**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26753-LEIBOWITZ/HERNANDEZ**

**NESTOR A. PROVEYER,**

*Plaintiff*,

*v.*

**GREAT EXPRESSIONS, LLC,**

*Defendant*.
_____________________________________/

**ORDER ON DEFAULT PROCEDURE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Defendant Great Expressions, LLC's ("Defaulting Defendant") answer or response to the Complaint was due on October 26, 2026. [*See* ECF No. 5]. It is now October 29, 2026, and to date, Defaulting Defendant has failed to answer or otherwise respond. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall submit a *motion for entry of Clerk's default* no later than **November 3, 2026**, that includes the certificate of service indicating that notice was sent to the Defaulting Defendant, including the address to which it was sent. Failure to file for the *motion for entry of Clerk's default* within the specified time will result in a **dismissal** *without prejudice* and *without further notice*.

**DONE AND ORDERED** in the Southern District of Florida on October 29, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record