UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

CASE NO. 1:26-cv-26753-DSL

NESTOR A. PROVEYER,

Plaintiff,

vs.

GREAT EXPRESSIONS, LLC
a Foreign Limited Liability Company
D/B/A GREAT EXPRESSIONS

Defendant.

_______________________________________/

## APPLICATION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, Nestor A. Proveyer ("Plaintiff"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant GREAT EXPRESSIONS, LLC D/B/A GREAT EXPRESSIONS, and states as follows:

1. This Court issued a Summons in the name of GREAT EXPRESSIONS LLC D/B/A GREAT EXPRESSIONS, on September 28,2026 (DE 3.)

2. On October 5, 2026, GREAT EXPRESSIONS, LLC D/B/A GREAT EXPRESSIONS was served with the Summons and a copy of the Plaintiff's Complaint. A true and correct copy of the Return of Service is on file and is identified as Docket Number 5.

3. Accordingly, GREAT EXPRESSIONS LLC D/B/A GREAT EXPRESSION's response to the Complaint was due on or before October 26, 2026.

4. Neither Plaintiff's counsel nor the Court has granted GREAT EXPRESSIONS, LLC D/B/A GREAT EXPRESSIONS, any extension of time to respond to the Complaint.

5. GREAT EXPRESSIONS, LLC D/B/A GREAT EXPRESSIONS, has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record.

WHEREFORE, Plaintiff, Nestor A. Proveyer requests that default be entered against the Defendant GREAT EXPRESSIONS, LLC D/B/A GREAT EXPRESSIONS.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1-305.809.8474
Email:info@mendezlawoffices.com
By: ___________/s/___________________
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 305-824-9800
Facsimile: 305-824-3868
Email: lr1208@live.com
By: /s/
RICHARD JOHN ADAMS ESQ., of Counsel
FL BAR NO.: 770434