**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

NESTOR A. PROVEYER

PLAINTIFF(S)

v.

GREAT EXPRESSIONS, LLC,

DEFENDANT(S).

CASE NUMBER
1:26−cv−26753−DSL

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**GREAT EXPRESSIONS, LLC**

as of course, on the date November 3, 2026.

**Angela E. Noble**
CLERK OF COURT

By /s/ *Clifford Wilfrid Charles*
Deputy Clerk

cc: Judge David S. Leibowitz
Nestor A. Proveyer
P.O. Box 228630

Miami, FL
33222